AARON D. FORD
Attorney General
MEREDITH N. BERESFORD, Bar No. 13308
Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1120
E-mail: mberesford@ag.nv.gov

*Attorneys for Defendants,*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ROBERT LECLAIR,

        Plaintiff,

vs.

MEZA, et al.,

        Defendants.

Case No. 3:19-cv-00585-APG-WGC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED, by and between Robert LeClair and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Meredith N. Beresford, Deputy Attorney General, based upon the agreement to settle between the parties, that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

///
///
///
///
///
///
///
///

1

1  This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement
2  between parties. Each party will bear its own attorney's fees and costs.

3  DATED this 7 day of Oct, 2020.   DATED this 20 day of Oct., 2020

AARON D. FORD
Attorney General

By: /s/ Robert LeClair
ROBERT LECLAIR
*Plaintiff*

By: /s/ Meredith N. Beresford
MEREDITH N. BERESFORD, Bar No. 13308
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED: October 20, 2020